IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIJAH JACKSON, JR.,

    Plaintiff,

v.                                                      4:15cv595-WS/GRJ

HON. MARK E. WALKER, and
HON. CHARLES A. STAMPELOS,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed December 10, 2015. See Doc. 4. The magistrate judge recommends that the plaintiff's case be dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g). The plaintiff has filed objections (doc. 11) to the magistrate judge's report and recommendation.

Having reviewed the magistrate judge's report and recommendation in light of the plaintiff's objections, the court has determined that the magistrate judge's

report and recommendation should be adopted. As did the magistrate judge, this court finds that the plaintiff is barred under § 1915(g) from proceeding in forma pauperis in this case. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE to the plaintiff's initiating a new cause of action accompanied by payment of the $400.00 filing fee in its entirety.

3. The clerk shall enter judgment stating: "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)."

DONE AND ORDERED this   26th   day of   January  , 2016.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE